DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. TILLMAN

No. 577P82.

Case below: 58 N.C. App. 821.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1982.

STATE v. WILHITE & RANKIN

No. 569A82.

Case below: 58 N.C. App. 654.

Petition by defendant Wilhite for writ of certiorari to North Carolina Court of Appeals denied 3 November 1982. Motion of Attorney General to dismiss appeal for lack of significant public interest allowed 3 November 1982.

STATE v. WILLOUGHBY

No. 578P82.

Case below: 58 N.C. App. 746.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1982.